UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re:                                                          Bankr. Case No. 16-52376-CMC-7

TRINA M. JOHNSON                                                                    Chapter 7
    Debtor(s)

## REQUEST FOR NOTICE

  Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc.
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 20, 2016 :

| | |
|---|---|
| TRINA M JOHNSON<br>1941 ARDENRUN WAY<br>COLUMBUS, OH  43219 | DAVID M WHITTAKER<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH  43215 |

By  /s/ Mandy Youngblood
Mandy Youngblood

xxxxx78254 / 732083