**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 16-52376 |
| | : | Chapter 7; Judge Charles M. Caldwell |
| Trina M. Johnson, | : | |
| | : | |
| Debtor. | : | |

## MOTION TO DISMISS THE DEBTOR'S CHAPTER 7 CASE

Now comes David M. Whittaker, Trustee, and moves the Court, pursuant to the provisions of 11 U.S.C. § 707(a), to dismiss this case for the failure of Trina M. Johnson (the "Debtor") to appear and be examined by the Trustee and/or to provide required information.

Accordingly, the Trustee respectfully requests that the Court enter an order granting his motion and for such other relief as may be appropriate.

A memorandum in support of this motion follows.

Respectfully submitted,

/s/ David M. Whittaker
David M. Whittaker, Trustee   (0019307)
**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215
Phone: (614) 227-2355
Fax: (614) 227-2390
Email: dwhittaker@bricker.com

10345605v1

## MEMORANDUM IN SUPPORT OF MOTION

The Debtor filed the voluntarily Chapter 7 petition on April 12, 2016. The original 341 meeting of creditors was scheduled for May 19, 2016. The Debtor failed to appear at the first meeting of creditors. The Debtor has also failed to provide the Trustee with her most recently filed federal tax return and her pay advices for the 60-day period prior to the filing of her case as required by 11 U.S.C. § 521.

11 U.S.C. § 707(a) provides that the Court may dismiss a case under Chapter 7 after notice and for cause including unreasonable delay by the Debtor that is prejudicial to creditors. The Trustee respectfully states that the failure of the Debtor to appear and be examined and/or to provide the Trustee with the required documents constitutes an unreasonable delay by the Debtor that is prejudicial to creditors and that cause exists for the Court to dismiss this case pursuant to the provisions of 11 U.S.C. § 707.

Accordingly, the Trustee respectfully requests an order of the Court granting the Trustee's Motion.

Respectfully submitted,

/s/ David M. Whittaker
David M. Whittaker, Trustee

10345605v1

## **NOTICE OF MOTION TO DISMISS THE DEBTOR'S CHAPTER 7 CASE**

Notice is hereby given that the Trustee has filed a motion with the Court to obtain dismissal of the Debtor's Chapter 7 case.

**Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before 21 days from the date of the mailing of this Notice, you or your attorney must:

File with the court a written request for hearing and an objection to the Motion stating therein the basis for your objection.  This pleading must be filed at Clerk of Courts, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215.  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You may also file your response using the court's ECF electronic filing service.

You must also mail a copy to or serve a copy by ECF electronic service upon:

> David M. Whittaker, Esq.
> Attorney for Trustee
> 100 South Third Street
> Columbus, Ohio 43215
> dwhittaker@bricker.com
>
> U.S. Trustee
> 170 N. High Street
> Columbus, Ohio 43215
> ustpregion09.cb.ecf@usdoj.gov

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further notice or a hearing.

10345605v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion to Dismiss the Debtor's Chapter 7 Case was served upon the following parties as indicated on May 20, 2016.

/s/ David M. Whittaker
David M. Whittaker, Trustee

The following party was served by ECF electronic service at the email address registered with the Clerk:

United States Trustee

All parties as shown on the attached creditor list from the Debtor's case were served by U.S. mail at the address indicated.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:16-bk-52376<br>Southern District of Ohio<br>Columbus<br>Fri May 20 09:24:41 EDT 2016 | (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | United Consumer Financial Serv.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 |
| Allied Interstate<br>PO Box 361445<br>Columbus, OH 43236-1445 | American Electric Power<br>PO Box 24417<br>Canton, OH 44701-4417 | Ashro<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | CBCS<br>PO Box 163279<br>Columbus, OH 43216-3279 | CBE<br>1309 Tehnology Parkway<br>Cedar Falls, IA 50613-6976 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 |
| Columbus Public Utilities<br>910 Dublin Rd<br>Columbus, OH 43215-9060 | Credit Management<br>4200 International Parkway<br>Carrollton, TX 75007-1912 | ERC<br>PO Box 57547<br>Jacksonville, FL 32241-7547 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | General Revenue Corporation<br>4660 Duke Drive Ste 300<br>Mason, OH 45040-8466 |
| JP Recovery<br>PO Box 167749<br>Rocky River, OH 44116 | LVNV<br>PO Box 10497<br>Ste 110<br>MS 576<br>Greenville, SC 29603-0497 | Meade & Associates<br>737 Enterprise Dr<br>Westerville, OH 43081 |
| Mount Carmel Health Systems<br>417 Bridge St<br>Danville, VA 24541-1403 | Mount Carmel Medical Group<br>PO Box 848566<br>Boston, MA 02284-8566 | PCB<br>3592 Corporate Drive<br>Ste 105<br>Columbus, OH 43231-4978 |
| St Anns Hospital<br>PO Box89458<br>Cleveland, OH 44101-6458 | US Department of Education<br>PO Box 7860<br>Madison, WI 53707-7860 | United Consumer Financial Service<br>865 Bassett Rd<br>Westlake, OH 44145-1194 |
| Victory Fitness<br>33 New Towne Sq Drive<br>Toledo, OH 43612-4615 | Vital Recovery Service<br>PO Box 9237 48<br>Peachtree Corners, GA 30010-3748 | Western Union Speedway<br>PO Box 1259<br>Dept 106410<br>Oaks, PA 19456-1259 |

| | | |
|---|---|---|
| World Recovery Service<br>5224 West SR 46,Ste 331<br>Sanford, FL 32771-9230 | David M Whittaker<br>100 South Third Street<br>Columbus, OH 43215-4214 | Trina M Johnson<br>1941 Ardenrun Way<br>Columbus, OH 43219-2902 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | Capital One<br>PO Box85015<br>Richmond, VA 23285 | Choice Recovery<br>1550 Old Henderson Rd<br>Suite S 100<br>Columbus, OH 43220 |
| Columbia Gas<br>PO Box 742510<br>Cincinnati, OH 45274 | End of Label Matrix<br>Mailable recipients    32<br>Bypassed recipients     0<br>Total                  32 | |